# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No. 8:22 cv 2431 CEH-AAS

*(to be filled in by the Clerk's Office)*

<hr />
Reginald E Wood JR pro se

*Plaintiff(s)*

–v–

Netflix Inc a Delaware corporation,
Ark Media Productions LLC,
Abdur Rahman Muhammad, (individual)
Kelly Wood, (individual)
Rachel Dretzin,(individual) and
Phil Bertelson (individual)

<hr />
*Defendant(s)*

**Jury Trial Demanded**







1

## I. COMPLAINT DEFAMATION

1.  Plaintiffs, Reginald E Wood JR Pro Se (Mr. Wood) hereafter referred to as, ("Plaintiff), hereby files his Complaint against Defendants, NETFLIX, INC. ("Netflix"), Ark Media Productions LLC. ("Ark Media") Abdur Rahman Muhammad ("Rahman"),  Kelly Wood/ aka Kelly Adams ("Kelly"), Rachel Dretzin ("Rachel"), and  Phil Bertelson ("Phil"), hereafter collectively referred to as, "Defendants") and Plaintiffs allege as follows:

## II. PARTIES TO THIS COMPLAINT

**PLAINTIFF:**

2.  Plaintiff  Reginald Ernest Wood JR- a resident of Ruskin Florida

**DEFENDANTS:**

3.  Ark Media Productions LLC-a New York company, Producers of the "Who Killed Malcolm X" documentary series and other projects being produced for Netflix at the time of the Defamation act.

4.  Netflix Inc- a Delaware corp. Owners and distributor of the "Who Killed Malcolm X" documentary series, and has an ongoing distribution relationship with Ark Media, including talks of a season two of the "Who Killed Malcolm X" documentary.

5.  Abdur Rahman Muhammad- a District of Columbia resident. Host and star of the Who Killed Malcolm X documentary series. Rahman is/was under contract with Ark Media and continued to promote the "Who Killed Malcolm X" Documentary on behalf of Ark Media and Netflix at the time of the Defamation

6.  Kelly Wood- a resident of Charleston SC. Biological daughter of Raymond Wood. Kelly admittedly was approached and invited to join the conspiracy to defame the plaintiff by Ark Media and Netflix representatives.

7.  Rachel Dretzin- a resident of the greater New York Area. Rachel is the Co-Founder of Ark Media Productions LLC executive producer of the Who Killed Malcolm X documentary

8.  Phil Bertelson- a resident of the greater New York Area. Executive Producer for Ark Media Productions LLC executive producer of the Who Killed Malcolm X documentary

## III. JURISDICTION AND VENUE

9.  This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs; and the parties are of diverse citizenship.

4

## A. THE COURT HAS PERSONAL JURISDICTION OVER NETFLIX:

10. Pursuant to Section 48.193(1)(a)(1), Florida Statutes because the causes of action arise from Netflix "operating, conducting, engaging in, or carrying on a business venture in this state."

11. Because Netflix continuously and systematically does business in Florida by streaming its content to subscribers residing in Florida, offering subscriptions to Florida residents via its website, engaging in film production activities in Florida, and premiering its original content in Florida.

## B. THE COURT HAS PERSONAL JURISDICTION OVER ARK MEDIA:

12. Pursuant to Section 48.193(1)(a)(2), Florida Statutes, Ark Media, Rachel, and Phil traveled to Ruskin Florida to meet with Plaintiff  upon committing the tortious act within this state, while attempting to obtain and  secure the property belonging to the plaintiff.

13. Pursuant to Section 48.193(1)(a)(6), Florida Statutes, because the  causes of action arise from Defendants "causing injury to persons...within this state arising out of an act or omission by defendants outside this state" and "at or about the  time of the injury" Ark Media was "engaged in solicitation or service activities within the state," and "products...processed, serviced, or manufactured anywhere" by Ark Media  "were used or consumed within this state in the ordinary course of commerce, trade,  or use."

5

**C. THE COURT HAS PERSONAL JURISDICTION OVER ABDUR RAHMAN MUHAMMAD:**

14. Pursuant to Section 48.193(2), Florida Statutes, because Rahman is engaged in substantial and not isolated activity within Florida, and therefore, Rahman is subject to the jurisdiction of the court of this state.

15. Rahman produced and broadcasted a YouTube Live Video accessed and viewed in Florida by Florida residents, including members of the Plaintiffs' community.

**D. THE COURT HAS PERSONAL JURISDICTION OVER KELLY WOOD:**

16. Pursuant to Section 48.193(2), Florida Statutes, Kelly is engaged in and not isolated activity within Florida, and therefore, Kelly is subject to the jurisdiction of the court of this state

17. Kelly co-produced and broadcasted a YouTube Live Video accessed and viewed in Florida by Florida residents, including members of the Plaintiffs' community.

18. Venue pursuant to 28 U.S.C. § 1391(b)(2) is also proper because this Court has personal jurisdiction over Defendants.

**E. THE COURT HAS PERSONAL JURISDICTION OVER RACHEL DRETZIN:**

6

19. Pursuant to Section 48.193(1)(a)(2), Florida Statutes, because Rachel Dretzin, traveled to Ruskin Florida to meet with Plaintiff upon committing the tortious act within this state" by attempting to obtain and secure the property belonging to the plaintiff.

20. Pursuant to Section 48.193(1)(a)(6), Florida Statutes, because the causes of action arise from Defendants "causing injury to persons...within this state arising out of an act or omission by defendants outside this state" and "at or about the time of the injury Rachel Dretzin was "engaged in solicitation or service activities within the state," and "products...processed, serviced, or manufactured anywhere" by Rachel Dretzin "were used or consumed within this state in the ordinary course of commerce, trade, or use."

## F. THE COURT HAS PERSONAL JURISDICTION OVER PHIL BERTELSON:

21. Pursuant to Section 48.193(1)(a)(2), Florida Statutes because Phil Bertelson traveled to Ruskin Florida to meet with Plaintiff upon committing the tortious act within this state by attempting to obtain and secure the property belonging to the plaintiff.

22. Pursuant to Section 48.193(1)(a)(6), Florida Statutes, because the causes of action arise from Defendants "causing injury to persons...within this state arising out of an act or omission by defendants outside this state" and "at or about the time of the injury" Phil Bertelson was "engaged in solicitation or

service activities within the state," and "products...processed, serviced, or manufactured anywhere" by Phil Bertelson "were used or consumed within this state in the ordinary course of commerce, trade, or use."

## IV. CLAIM SUMMARY

23. This defamation action arises from the Defendants Netflix, Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen's participation in a conspiracy that significantly harmed the plaintiff's name, reputation and caused him personal direct threat. While trying to "catch and kill" and conceal critical evidence in the NYPD and FBI's respective roles in the assassination of Malcolm X. The malicious efforts of the Defendants to prevent the Plaintiff from rivaling the shortcomings of the Netflix original documentary "Who Killed Malcolm X," which was sold to the viewing public as a forensic investigation into the assassination of Malcolm X. The Defendant's actions have caused extensive and ongoing emotional and financial distress to the Plaintiff.

24. Ark Media produced and Netflix distributed the documentary, "Who Killed Malcolm X," currently streaming on the Netflix platform. The six-part series is a "limited hangout" (*a tactic used in media relations and perception management*) since its attempts to investigate the US government's dark history is factually inaccurate. The Plaintiff's discovery of Raymond Wood's confession letter directly contradicts the narrative of this Emmy-nominated Netflix series. To protect the reputation of the Netflix Emmy-nominated series and its extensive catalog of documentaries that

are  streamed and presented to viewers as fact, the Defendants took extreme measures to destroy the Plaintiffs' standing and good name.

## V. GENERAL ALLEGATIONS OF FACTS

25. On October 22, 2020 Ark Media and Reginald E Wood JR entered into a non-disclosure agreement that covered all information shared with Ark Media that is directly related to the information pertaining to Raymond A Wood and his confession.

26. On 01/10/2021 the defendants Phil Bertelson and Rachel Dretzin traveled to Ruskin FL and attempted to coerce the Plaintiff to sign a contract that would transfer control of the life rights of the Plaintiff's family member Raymond A Wood, who is a deceased former NYPD undercover police officer that left a death bed confession letter that implicates himself, the NYPD and the FBI in the murder of Malcolm X.

27. On 01/11/2021 the defendants sent an email letter of intent proposing an agreement for the life rights and all documents related to Raymond Wood's confession. This agreement would prevent the Plaintiff from honoring the deathbed wish of his cousin, deceased NYPD officer Raymond A Wood, for at least 36 months with an option to extend.

28. On 02/16/2021 the plaintiff declined Ark Media's offer and explained to the defendant Phil Bartelsen that there was no amount of money that would prevent the plaintiff from first releasing the confession letter as requested by Raymond A Wood.

29. On 02/16/2021 the plaintiff revealed to defendant Phil Bartelsen his plans to hold a press conference with attorney Ben Crump and Malcolm X's daughters at the Audubon ballroom.

30. On February 16, 2021 Ark Media's Phil Bertelson contacted the agent for Malcolm X's Family in an attempt to derail the press conference. The Defendants uttered misinformation about the credibility of the plaintiff's information, and warned against proceeding with the scheduled press conference. The Defendants actions are a direct violation of the non-disclosure agreement

31. On 02/17/2021, A violation of the non-disclosure agreement cease and desist letter was sent to the defendant's Ark Media, Phil Bertelson, and Rachel Dretzin. (via email)

32. On 02/20/2021 the press conference commenced and the defendants were in attendance.

33. On 02/21/2021 the defendants Rachel Dretzin and Phil Bertelsen made a second offer to buy the life rights and all related documents to Raymond Wood. Plaintiff requested that Defendant send the offer in writing.

34. On 02/26/2021 at 11:35 am Ark Media sent a second proposed agreement via email.

35. At 1:15 Plaintiff forwarded the email to attorney Ben Crump with the statement "this is the same people that claimed the "letter is fake!" 02/26/2020

36. At 1:30 pm defendant Phil Bertelsen followed up with a phone call asking the plaintiff what he decided about signing the agreement. 02/26/2020

37. Plaintiff declined the defendant's offer and stated that he was working on producing a documentary that would set the record straight. 02/26/2020

38. At 4:30 pm defendant Kelly Wood appeared on NY1 news claiming that the "letter is fake". 02/26/2020

39. On 03/06/2021 Defendant Phil Bartelsen called Plaintiff and stated "now that you have been discredited by Kelly Wood are you ready to sell the rights to us" the plaintiff stated to the defendant Phil Bartelsen that Kelly was not effective in discrediting the plaintiff and he was moving forward with plans to produce a more accurate documentary to rival the defendant's work.

40. On 03/14/2021 the defendants produced and broadcast a Youtube live video to defame the Plaintiff.

## VI. ACTS OF SLANDER AND DEFAMATION

41. On 03/14/2021 Defendants Abdur Rahman Muhammad and Kelly Wood published a 1:46:00 YouTube live video assault on the plaintiff's character, name, and reputation.

42. Plaintiff has proven with documents and witnesses that the defendant's statements are all false and fabricated. Slander video:

https://youtu.be/rpYwNlRji8s Plaintiff's answer to slanderous allegations:

https://youtu.be/xM2nCvFuxZQ

43. At 00:20 into the YouTube live video defendant Abdur Rahman Muhammad acknowledge his direct affiliation with Netflix Inc.

44. At 01:28 into the YouTube live video defendant, Abdur Rahman Muhammad states as a **matter of fact** that "the Ray Wood confession letter is a hoax"

45. At 02:10 into the YouTube live video defendant, Abdur Rahman Muhammad states as a **matter of fact** that the "Ray Wood confession letter is fraudulent".

46. At 02:40 into the YouTube live video defendant Abdur Rahman Muhammad states as a **matter of fact** that the Ray Wood Confession letter is a "hoax, con, and scam".

47. At 03:00 into the YouTube live video defendant Abdur Rahman Muhammad states as a **matter of fact** that the plaintiff is a "low life character, run-of-the-mill con artist, and a bottom feeder.

48. At 03:50 into the YouTube live video defendant Kelly Wood states that her co-defendants approached and invited her to participate in the conspiracy to defame the plaintiff.

49. At 05:15 into the YouTube live video defendant Abdur Rahman Muhammad states as a **matter of fact** that "the media has done DNA testing" on the Ray Wood

Confession letter and determined that the letter was a fraud, even though they have never had physical possession of the document.

50. At 013:10 into the YouTube live video defendant Abdur Rahman Muhammad admits that" in full disclosure his production company (Ark Media/Netflix) wanted him to get to the bottom of this"

51. At 013:18 into the YouTube live video defendant Abdur Rahman Muhammad admits that" in full disclosure, his production company (Ark Media/Netflix) was discussing a season two of the "Who Killed Malcolm X" documentary distributed on the Netflix platform with the plaintiff, proving that the Netflix executives had knowledge of the catch and kill attempt that Ark Media was engaged in.

52. At 013:40 into the YouTube live video defendant, Abdur Rahman Muhammad admits that the plaintiff was in discussions with defendants Netflix and Ark Media to produce a season two.

53. At 1:44:42 into the YouTube live video defendant, Abdur Rahman Muhammad states as a **matter of fact** that the plaintiff is "Despicable, the worst, and an affront to the history of Malcolm X and the family of Malcolm X."

54. 02/16/2021 Defendant Ark Media violated the Non-disclosure agreement signed and dated October 22, 2020, and on February 16, 2021, Defendant disclosed confidential information to unauthorized persons.

55. Defendant Phil Bertelson violated the non-disclosure agreement signed and

dated October 22, 2020. on February 16, 2021, Defendants disclosed confidential information to unauthorized persons.

56. On February 16, 2021 Defendants Ark Media, Rachel Dretzin, and Phil Bertelsen uttered misinformation to representatives of the Shabazz family (Family of Malcolm X) in an effort to discredit the Plaintiff.

57. Defendants Ark Media, Rachel Dretzin, and Phil Bertelsen discredited Plaintiff by uttering misinformation to.

58. Not limited to the above listed acts of slander and defamation. Additional actions to be provided in discovery

## VII. DAMAGES

### 100 MILLION US DOLLARS

59. Damages arise from the Defendants defamation and slander raising substantial doubt about the credibility of the plaintiff's content. Prior to and after the defamation, the plaintiff was in talks with multiple major agencies to produce multiple potential blockbuster projects. Talks and negotiations ended as a direct result of the Defendants defamation and slander. The level and value of the intellectual property that the plaintiff owns is regarded by top agents and entertainment lawyers, as content valued equal to or greater than the highest grossing recent projects featuring stories about Malcolm X or the civil rights era. Notable movie comps: One night in Miami, Malcolm X, Judis and the black

14

messiah, Blood Brothers, Blackkklansman, and Who Killed Malcolm X.

60. In January of 2021 The Plaintiff launched his production company Madera Enterprises to produce and sell projects based on the Raymond Wood experiences as a NYPD Bossi agent and FBI cointelpro informant/agent for 20 years. New content and direct knowledge of the one the most notorious murders in amarican history the assassination of Malcolm X, who is known by hundreds of millions of people worldwide.  Also unseen new content that includes Raymond as an undercover agent in the Black Panther 21 who caused Afani Shakur to give birth to her world famous son Tupac  while she was in jail.

**Projects that the defendants derailed :**

1. A documantry serise based on the new information about the assassination of Malcolm X.

2. Book *"The Ray Wood Story"*; published 02/19/2021, was trending as a #1 new release on Amazon until the Defendants defamation and slander.

3. A major motion picture based on a reboot of the 1992 movie Malcolm X with a new ending.

4. A 28 episode scripted series about the FBI's Cointelpro covert agency with Ray Wood's direct knowledge and experiences from MLK, Malcolm X, Muhammad Ali and the Black Panthers. Leading J Egor Hoover's Cointelpro being exposed in 1971.

61. Plaintiff and his family have to hire personal security as a result of the defendant encouraging its followers to hate and despise the Plaintiff.

62. The Plaintiff and his family are not able to enjoy a normal and safe quality of life, while missing out on several opportunities, events and travel because of security requirements. Due to the actions of the Defendants.

## VIII. CONDITIONS PRECEDENT

63. All conditions precedent to the institution of this action have been waived, performed, or have occurred.

## IX. CAUSES OF ACTION

### COUNT I - DEFAMATION *PER SE* (NEGLIGENCE)

64. By Plaintiff Reginald E Wood JR and against Defendants Netflix, Ark Media, Kelly Wood, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelson

65. Plaintiff Mr.Wood incorporates by reference, re-alleges, and adopts paragraphs 1 through 62 of this Complaint as though fully stated herein.

66. This cause of action is for negligent defamation *per se* by Plaintiff Reginald Wood against the Defendants Netflix, Ark Media, Kelly Wood, Abdur Rahman Muhammad, Rachel Dretzin, and Phil Bertelson

67. Defendants, Ark Media violated the Non-disclosure agreement signed and dated October 22, 2020, and on February 16, 2021 Defendants disclosed

confidential information to unauthorized persons.

68. Defendants Phil Bertelson Violated the non-disclosure agreement signed and dated October 22, 2020. on February 16, 2021, Defendants disclosed confidential information to unauthorized persons.

69. Defendants Ark Media uttered misinformation to representatives (agent) of the Shabazz family (Family of Malcolm X) in an effort to discredit the Plaintiff.

70. Defendants Ark Media discredited Plaintiff by uttering misinformation to Ilyasa Shabazz (daughter of Malcolm X).

71. Defendants' direct violation of the non-disclosure agreement discredited the plaintiff to the agent who had recently referred to the plaintiff a major studio agent.

72. Defendants' direct violation of the non-disclosure agreement discredited the plaintiff to the agent who withdrew his referral of the plaintiff major studio agent.

73. Defendants' publications of false, defamatory statements are defamatory *per se*. the YouTube live video https://youtu.be/rpYwNlRji8s

portrays Plaintiff Mr.Wood as a low-life character, a common run-of-the-mill con artist, and a bottom feeder. The defendants knew that all of their statements are false and unsubstantiated.

74. The defendant's matter-of-fact statements in their YouTube Broadcast have made Mr. Wood subject to hatred, distrust, ridicule, contempt, disgrace, and personal attack.

75. The Broadcast causes harm to Mr. Wood's reputation and causes Mr. Wood mental anguish and personal humiliation.

76. Their actions lower his reputation in the estimation of his community and deter third persons from associating and dealing with Mr. Wood.

77. Defendants have acted, at a minimum, negligently as to the falsity in publishing  the false and defamatory material Defendants failed to  exercise reasonable care as to whether the statements made in the YouTube Broadcast are false or true.

78. Defendants' conduct causes Plaintiff Mr. Wood damages.

79. Netflix is a major corporation and punitive damages are warranted in an amount sufficient to punish it and deter it and others from such wrongful conduct.

80. Ark Media is a major corporation and punitive damages are warranted in an amount sufficient to punish it and to deter it and others from such wrongful conduct.

81. **WHEREFORE**, Mr.Wood prays for judgment against Defendants and an award of :

1. Damages in an amount of 50 Million US dollars or an amount to be determined at trial;

2. Punitive damages;

18

3. In the entry, a public apology was made to Mr. Wood and his family.

4. For such other and further relief as the Court deems just and equitable.

## COUNT II - CONSPIRACY TO DEFAME

82. By Plaintiff Reginald E Wood JR and against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen

83. Plaintiff Reginald E Wood JR incorporates by reference, re-alleges, and adopts paragraphs 1 through 62 of this Complaint as though fully stated herein.

84. This is an action by Plaintiff Reginald E Wood JR and against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen

85. Defendants conspired together to publish a YouTube live video which portrays Mr. Wood in a false and defamatory manner.

86. Defendants further conspired and agreed to aggressively share on social media the YouTube live video as "true and factual, despite it containing so many

fabrications and falsehoods about Mr. Wood.

87. Each of the Defendants committed overt acts in furtherance of the conspiracy
As a result of the conspiracy, Mr. Wood has suffered, and continues to suffer,
damages in an amount to be determined at trial, but in excess of $75,000,
including economic losses, lost career opportunities, reputational harm, and
emotional distress.

88. These damages were proximately caused by the Defendants' conspiracy to
defame Mr. Wood.

89. **WHEREFORE**, Mr. Wood prays for judgment against Defendants and an
award of

1. Damages in an amount of 50 Million US dollars or an amount to be
determined at trial;

2. Punitive damages;

3. The entry of a public apology to Mr. Wood and His Family

4. For such other and further relief as the Court deems just and equitable.

## COUNT III - DEFAMATION *PER SE* (KNOWING OR RECKLESS DISREGARD)

90. By Plaintiff Reginald E Wood JR and against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen

91. Plaintiff Reginald E Wood JR incorporates by reference, re-alleges, and adopts paragraphs 1 through 62 of this Complaint as though fully stated herein.

92. Plaintiff Reginald E Wood JR brings this cause of action against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen for knowing or reckless_defamation *per se* and alleges that Defendants acted with knowing or reckless disregard as to the truth in publishing the false and defamatory material in YouTube live video.

93. At all times, Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen knew that the defamatory portrayals in the YouTube live video of Plaintiff Mr. Wood are false. Defendants knew that the portrayals in the YouTube live video of Plaintiff Mr. Wood as a criminal, engaging in activities of fraud and forgery are false.

94. In the alternative, Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen created and published the YouTube live video with reckless disregard as to whether the

21

portrayals in the YouTube live video of Plaintiff Mr. Wood are false or true.

95. Defendants, Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen created and published the YouTube live video with reckless disregard as to whether the portrayals in the YouTube live video of Plaintiff Mr. Wood as a criminal, engaging in activities of fraud and forgery are false or true.

96. Defendants' publications of the false, defamatory statements are defamatory *per quod* because they portray or imply a want of integrity in Mr. Wood's business and profession, particularly their depiction of Mr. Wood's actions as a criminal, engaging in activities of fraud and forgery.

97. The YouTube live video portrays Plaintiff, Mr. Wood, as engaging in the commission of criminal offenses amounting to felonies and having characteristics incompatible with the proper exercise of  Mr. Wood's lawful business.

98.  The YouTube live video  portrays Plaintiff Mr. Wood in such a manner as to subject Mr. Wood to distrust, ridicule, contempt, and disgrace. Indeed, the YouTube live video falsely portrays Mr. Wood as a criminal, engaging in activities of fraud and forgery.

99. Defendants' conduct caused Mr. Wood damages, including but not limited to actual damages and/or special damages.

100. Netflix is a major corporation and punitive damages are warranted in an amount sufficient to punish it and deter it and others from such wrongful conduct.

101. Ark Media is a major production company and punitive damages are warranted in an amount sufficient to punish it and to deter it and others from such wrongful conduct.

102. **WHEREFORE**, Mr. Wood prays for judgment against Defendants and an award of

1. Damages in an amount of 50 million US dollars or an amount to be determined at trial;

2. Punitive damages;

3. The entry of a public apology to Mr. Wood and His Family

4. For such other and further relief as the Court deems just and equitable.

## COUNT IV - DEFAMATION *PER QUOD* (KNOWING OR RECKLESS DISREGARD)

103. By Plaintiff Reginald E Wood JR and against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen

104. Plaintiff Reginald E Wood JR incorporates by reference, re-alleges, and adopts paragraphs 1 through 62 of this Complaint as though fully stated herein.

105. Plaintiff Reginald E Wood JR brings this cause of action against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen for knowing or reckless defamation *per quod* and alleges that Defendants acted with knowing or reckless disregard as to the truth in publishing the false and defamatory material in YouTube live video.

106. At all times, Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen knew that the defamatory portrayals in the YouTube live video of Plaintiff Mr. Wood are false.

107. Defendants knew that the portrayals in the YouTube live video of Plaintiff Mr. Wood as a criminal, engaging in activities of fraud and forgery are false.

108. In the alternative, Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen created and

published the YouTube live video with reckless disregard as to whether the portrayals in the YouTube live video of Plaintiff Mr. Wood are false or true.

109. Defendants, Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen created and published the YouTube live video with reckless disregard as to whether the portrayals in the YouTube live video of Plaintiff Mr. Wood as a criminal, engaging in activities of fraud and forgery are false or true.

110. Defendants' publications of the false, defamatory statements are defamatory *per quod* because they portray or imply a want of integrity in Mr. Wood's business particularly their depiction of Mr. Wood's actions as a criminal, engaging in activities of fraud and forgery.

111. The YouTube live video portrays Plaintiff, Mr. Wood, as engaging in the commission of criminal offenses amounting to felonies and of having characteristics incompatible with the proper exercise of  Mr. Wood's lawful business.

112. The YouTube live video  portrays Plaintiff Mr. Wood in such a manner as to subject Mr. Wood to distrust, ridicule, contempt and disgrace.

113. Indeed, the YouTube live video falsely portrays Mr. Wood as a criminal, engaging in activities of fraud and forgery.

114. Defendants' conduct caused Mr. Wood damages, including but not limited to actual damages and/or special damages.

115. Netflix is a major corporation and punitive damages are warranted in an

25

amount sufficient to punish it and to deter it and others from such wrongful conduct.

116. Ark Media is a major production company and punitive damages are warranted in an amount sufficient to punish it and to deter it and others from such wrongful conduct.

117. **WHEREFORE,** Mr. Wood prays for judgment against Defendants and an award of

1. Damages in an amount of 50 million US dollars or an amount to be determined at trial;

2. Punitive damages;

3. The entry of a public apology to Mr. Wood and His Family

4. For such other and further relief as the Court deems just and equitable.

## COUNT V - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

118. By Plaintiff Reginald E Wood JR and against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen

119. Plaintiff Reginald E Wood JR incorporates by reference, re-alleges, and adopts paragraphs  1 through 62 of this Complaint as though fully stated herein.

120. This is an action by Plaintiff Reginald E Wood JR against Defendants Netflix Inc., Ark Media, Abdur Rahman Muhammad, Kelly Wood, Rachel Dretzin, and Phil Bertelsen for intentional infliction of emotional distress.

121. Defendants intentionally or recklessly inflicted emotional distress upon Mr. Wood when they knew or should have known that emotional distress would result.

122. This is particularly true because the Defendants were well aware that Mr. Wood had already endured extreme psychological and emotional distress as a result of the pressure of holding a deathbed confession for a critical piece of information for several years endangering  Mr. Wood and his family's lives.

123. The false and defamatory contents of the YouTube live video are outrageous

123. The false and defamatory contents of the YouTube live video are outrageous and beyond all bounds of decency.

124.  Mr. Wood has suffered and continues to suffer severe emotional distress.

126.  **WHEREFORE**, Mr. Wood prays for judgment against Defendants and an award of

 1. Damages in an amount of 50 million US dollars or an amount to be determined at trial;

2. Punitive damages;

3. The entry of a public apology to Mr. Wood and his Family

4. For such other and further relief as the Court deems just and equitable.

## PRAYER FOR RELIEF

125.  **WHEREFORE**, Plaintiff Reginald E Wood JR respectfully requests that this Honorable Court enter a judgment in their favor and against Defendants, Netflix Inc. ("Netflix"), Ark Media Productions LLC. ("Ark Media") Abdur Rahman Muhammad ("Rahman"), Kelly Wood/ aka Kelly Adams ("Kelly"), Rachel Dretzin ("Rachel"), and  Phil Bertelson ("Phil")

A) all recoverable compensatory, statutory, and other damages sustained by Plaintiff;

B) both pre-judgment and post-judgment interest on any amounts awarded;

C) treble and/or punitive damages as may be allowable under applicable law;

D) equitable relief; and

E) such other relief as the Court may deem be just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs Reginald E Wood JR. demand a jury trial on all issues so triable, and a trial pursuant to Rule 39(c), Federal Rules of Civil Procedure, as to all matters not triable as of right by a jury to the extent permitted by law.

**Respectfully Submitted:**

Reginald E Wood JR Pro Se

PO BOX 1781

Ruskin FL 33575

Rwood3369@gmail.com

813-325-5715