UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REGINALD E. WOOD, JR.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　**Case No.: 8:22-cv-2431-CEH-AAS**

**NETFLIX INC., et al.,**

    **Defendant.**

_____/

## ORDER

Defendant Abdur Rahman Muhammad moves to strike the "Affidavit of Service" filed by Plaintiff Reginald E. Wood, Jr. and to quash Mr. Wood's purported service of process on Mr. Muhammad. (Doc. 23). Mr. Wood opposes the motion. (Doc. 43).

### I. BACKGROUND

Mr. Wood, proceeding *pro se*, raises claims for defamation, conspiracy to defame, defamation per se, defamation *per quod*, and intentional infliction of emotional distress against Defendants Mr. Muhummad, Netflix, Inc. (Netflix), Ark Media Productions, LLC, (Ark Media), Rachel Dretzin, Phil Bertelson, and Kelly Wood. (Doc. 1). In November 2022, Mr. Wood served Netflix, Ark Media, Ms. Dretzin, Mr. Bertelson, and Ms. Wood. (*See* Docs. 5-9). These defendants moved to dismiss Mr. Wood's complaint and Mr. Wood responded in

opposition.[1] (*See* Docs. 22, 23, 30, 33).

On January 25, 2023, Mr. Wood filed an "Affidavit of Service" as to Mr. Muhammad. (Doc. 35). The affidavit is dated December 28, 2022, and states:

| | |
|---|---|
| Recipient Name / Address: | Abdur Rahman Muhammed c/o Cassandra Fields, Home: 3210 10th St NE, Washington, DC 20017-3510 |
| Manner of Service: | Substitute Service - Abode, Dec 27, 2022, 6:00 pm EST |
| Documents: | Summons in a Civil Action, Complaint and Jury Trial Demanded |

Details:
1) Successful Attempt: Dec 27, 2022, 6:00 pm EST at Home: 3210 10th St NE, Washington, DC 20017-3510 received by Abdur Rahman Muhammed c/o Cassandra Fields. Age: 55-65; Ethnicity: Dark Complected; Gender: Female; Weight: 185; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Co-Habitant;

(*Id.*).

Mr. Muhammad now requests that the court strike Mr. Wood's affidavit of service and quash the purported service on Mr. Muhammad. (*Id.*). Mr. Wood's responds in opposition to Mr. Muhammad's motion arguing "[t]he person that accepted the service acknowledged that the defendant lived at the service address." (Doc. 43).

**II. ANALYSIS**

Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be made upon a defendant within ninety days from filing a complaint. A plaintiff must complete proper service on a defendant. *See* Fed. R. Civ. P. 4(c)(1) ("plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)"). Under Federal Rule

---

[1] These motions to dismiss are currently pending.

of Civil Procedure Rule 4(e), an individual may be served by (1) following state law for serving a summons, (2) delivering a copy of the summons and complaint to the individual personally, (3) leaving a copy of the summons and complaint at the individual's "dwelling or usual place of abode," or (4) delivering a copy to an authorized agent. *See* Fed. R. Civ. P. 4(e)(1), (2). If a plaintiff fails to complete proper service within 90 days, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

Mr. Wood has not delivered a copy of the summons and the complaint to Mr. Muhammad personally, left a copy at Mr. Muhammad's "dwelling or usual place of abode," delivered a copy to an authorized agent, or delivered a copy to Mr. Muhammad's spouse. Instead, Mr. Wood's process server left the summons and the complaint at Mr. Muhammad's former residence.

Mr. Muhammad filed a verification in support of his motion to quash stating he has not lived at the address identified in the affidavit of service—3210 10th St NE, Washington, DC—since July 2022. (Doc. 42, p. 3). Nor is the individual identified in the affidavit of service Mr. Muhammad's spouse or agent authorized to receive service of process. (*Id.*). Leaving the summons and complaint at Mr. Muhammad's former residence fails to satisfy the requirements of Rule 4(e) and the laws governing service of process. Thus, Mr.

3

Wood's "Affidavit of Service" must be stricken and the purported service on Mr. Muhammad is due to be quashed.

## III.  CONCLUSION

Mr. Muhammad's motion to quash service of process on Mr. Muhammad (Doc. 39) is **GRANTED**:

(1) The Clerk of Court is **DIRECTED** to strike Mr. Wood's "Affidavit of Service" (Doc. 35); and

(2) Mr. Wood must properly serve Mr. Muhammad by **March 24, 2023**. Failure to serve Mr. Muhammad by this extended deadline may result in the dismissal of Mr. Muhammad from this action without further notice.

**ORDERED** in Tampa, Florida on February 22, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

Reginald E. Wood, Jr.
P.O. Box 1781
Ruskin, FL 33575