# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Reginald E. Wood, Jr.,
Plaintiff, Case No. 8:22-cv-02431-CEH-AAS

v.

Netflix, Inc., et al.,
Defendants.

## Motion for Injunction Against Continued Defamation

### I. Introduction

Plaintiff Reginald Wood Jr. respectfully submits this Motion for Injunction against Defendants Netflix and Ark Media and their employees. Plaintiff seeks an order from this Honorable Court to cease the continued and ongoing defamation that has been perpetrated by the Defendants, which is causing irreparable harm to Plaintiff's reputation and career in the film industry.

### II. Background

In August 2024, the Plaintiff was informed by his licensed publishing agent and his established Oscar-winning film manager that the Defendants are spreading false rumors and damaging innuendo about him. These actions have created a hostile environment for Plaintiff within the industry, severely impacting the sale of his film projects and his employment opportunities with interested production studios.

The Plaintiff has made multiple attempts to address this issue directly with the Defendants. On October 16, 2024, Plaintiff formally requested that the Defendants order the employees in the relevant departments to cease spreading false rumors about him. However, the Defendants refused the Plaintiff's request in writing, further perpetuating the harm to Plaintiff's reputation.

## III. Legal Standard

To obtain a preliminary injunction, the Plaintiff must demonstrate:

1. A likelihood of success on the merits of the case.
2. Irreparable harm in the absence of an injunction.
3. A balance of hardships in favor of the Plaintiff.
4. That the public interest would not be disserved by the issuance of an injunction.

## IV. Argument

1. Likelihood of Success on the Merits The Plaintiff has sufficient evidence of the Defendants' defamatory statements, which have been disseminated to multiple parties within the film industry. The Plaintiff's reputation, which is critical for his career, has been damaged due to these falsehoods.
2. Irreparable Harm The ongoing defamation is causing irreparable harm to the Plaintiff's reputation and career prospects. Once a reputation is damaged, it cannot be easily restored, particularly in a competitive industry like film.
3. Balance of Hardships The balance of hardships clearly favors the Plaintiff. An injunction would prevent further harm to his reputation, while the Defendants will not suffer significant harm from being required to cease their defamatory actions.
4. Public Interest Granting an injunction serves the public interest by upholding the integrity of the film industry and ensuring that individuals are not subjected to false and damaging statements that undermine their careers.

## V. Conclusion

For the foregoing reasons, Plaintiff Reginald Wood Jr. respectfully requests that this Honorable Court grant his Motion for Injunction against Defendants Netflix and Ark Media, ordering them to cease all defamatory actions and statements regarding Plaintiff.

VI. Prayer for Relief

WHEREFORE, Plaintiff requests that the Court:

1. Grant a temporary restraining order and preliminary injunction against Defendants.
2. Award any further relief that the Court deems just and appropriate.

Dated October 30, 2024

Respectfully Submitted

Plaintiff Reginald E. Wood, Jr. (pro se)

PO Box 1781

Ruskin, FL 33575

rwood3369@gmail.com

reggie@reggiewood.com

Local Rule 3.01(g) Certification

The plaintiff has conferred with the defendant via email, which shows that the defendant has not consented to the relief requested in this motion.

**Certificate of Service**

I hereby certify that on October 30, 2024, the foregoing was filed with the Clerk of the Court. I further certify that a copy of the foregoing was served by email, pursuant to an agreement under Fed. R. Civ. P. 5(b)(2)(E), on:

Charles D. Tobin (Florida Bar No. 816345)

Matthew S.L. Cate

BALLARD SPAHR LLP

1909 K Street, NW, 12th Floor

Washington, DC 20006

Tel: (202) 661-2200

Fax: (202) 661-2299

tobinc@ballardspahr.com

catem@ballardspahr.com

Lynn B. Oberlander

BALLARD SPAHR LLP

1675 Broadway, 19th Floor

New York, New York 10019-5820

Telephone: (212) 223-0200

Fax: (212) 223-1942

11