# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Reginald E. Wood, Jr.,
Plaintiff, Case No. 8:22-cv-02431-CEH-AAS

v.
Netflix, Inc., et al.,
Defendants.

### Emergency Motion for Injunction Against Continued Defamation

Plaintiff, Reginald E. Wood, Jr., Pro se respectfully moves this Honorable Court for an injunction against Defendants *Muhammad, Netflix, Ark Media, and Wood* to prevent the continued defamation of Plaintiff, which has caused harm to Plaintiff's reputation, safety, and emotional well-being. In support of this motion, Plaintiff states as follows:

### I. Introduction

Plaintiff seeks immediate relief in the form of an injunction to cease the defamatory statements made by Defendants. Remove the Plaintiff's Image from the defendant Muhammad's social media linking the Plaintiff to the Malcolm X v. United States Government lawsuit. The ongoing defamation is causing Plaintiff to be treated with disdain and disrespect by members of the public, potentially endangering Plaintiff and his family due to the hostile and inflammatory rhetoric espoused by Defendants. Plaintiff has been subjected to public humiliation, emotional distress, and tangible harm to his personal and professional life due to the Defendant's malicious actions.

### II. Background

The Plaintiff has made significant efforts to maintain a private life, focusing on protecting his family and rebuilding his personal and professional reputation within his new community. As part of this effort, the Plaintiff has relocated multiple times to avoid further harm to his privacy and safety. This is a very dangerous subject

Plaintiff has worked to suppress his public presence as it relates to the Malcolm X v the United States lawsuit.

Despite these efforts, the Plaintiff continues to be subject to ongoing defamation and attacks on his character by the defendants. These malicious actions are part of a broader conspiracy to harm the Plaintiff's reputation and well-being.

It is important to note that Plaintiff has no connection to the recent series of press conferences held by Attorney Benjamin Crump and the family of Malcolm X regarding their lawsuit against certain government agencies. This lawsuit, Case #1:24-cv-08680, seeks justice for the alleged role these agencies played in the assassination of Malcolm X. The Ray Wood letter has been presented as key evidence in this case.

The Plaintiff did not participate in any press conferences concerning this lawsuit and has not had any contact with the attorneys or Malcolm X's family regarding this matter. The legal team representing the Malcolm X case has conducted its independent investigation, and the Plaintiff has not been approached for assistance in any capacity.

As such, the Plaintiff reiterates that he is not involved in the Malcolm X case and has not made any public statements or participated in any legal proceedings related to it.

On November 17, 2024, Defendant Muhammad posted on his Facebook and publicly shared derogatory and false statements regarding Plaintiff in response to the lawsuit filed by the family of Malcolm X (the "Shabazz Family"). Specifically, Defendant opposed the Shabazz Family's legal action against the United States government, including their use of the Raymond Wood confession letter and the Plaintiff's testimony as key evidence in the lawsuit. The Shabazz Family's lawsuit is titled **ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X v. The United States of America**, Case # 1:24-cv-08680.



**Abdur-Rahman Muhammad**
Yesterday at 4:00 PM · 🌐

•••

Unfortunately we have these types in our community brothers and sisters. The deceit was exposed a couple of years ago in this Washington Post article, I leave it to you to put one and one together. While it is a known fact that I support justice for brother Malcolm X and his family, I reject and condemn baseless and deceitful conspiracy theories to accomplish that (or possibly something else). (It looks like there is a paywall on this article, are any of you having trouble accessing it)?



WASHINGTONPOST.COM
**Did a Black undercover NYPD detective unwittingly aid Malcolm X's assassination?**

2 comments   2 shares

👍 Like          💬 Comment          📞 Send          ↪ Share

**Frank Ninivaggi**
Yes there is a paywall when I try to access it. You were vital in uncovering the true story. These types of things are sadly inevitable from time to time.

20h   Like   Reply

**Abdur-Rahman Muhammad**
**Frank Ninivaggi** disgraceful, justice will find these clowns too.

13h   Like   Reply

Defendant's comments, including sharing a photo of the plaintiff and a link to a 3-year-old Washington Post article in which defamatory statements about the Plaintiff were made by the defendant and other cast members of the Who Killed Malcolm X documentary, are directly linked to the same defamatory content referenced in the Plaintiff's second amended complaint filed in this complaint. These statements continue to perpetuate false and harmful allegations about the Plaintiff, without any basis in fact, causing irreparable harm to the Plaintiff's character and well-being.

### III. Defamation and Harm

The Plaintiff has demonstrated through his Complaint and supporting evidence that the Defendant has made false, malicious, and defamatory statements that have damaged Plaintiff's reputation, caused significant emotional distress, and led to Plaintiff being ostracized by certain segments of society. Defendant's actions have not been remedied through other means and continue to pose a real and present danger to the Plaintiff's safety, reputation, and ability to live and work without fear of further defamation.

### IV. Legal Standard for Injunctive Relief

Under the law, a party seeking injunctive relief must demonstrate:

1. A likelihood of success on the merits of the underlying claim.
2. A threat of irreparable harm in the absence of an injunction.
3. A balancing of the equities favoring the movant.
4. That the injunction serves the public interest.

The plaintiff satisfies all of these requirements. There is a strong likelihood of success on the merits of the defamation claims, as the Plaintiff has already established that the Defendant's statements are false and defamatory. The ongoing defamation poses a real threat of irreparable harm to the Plaintiff's reputation and safety. The harm caused by these statements outweighs any potential burden on the Defendant, and the public interest is served by preventing the further spread of false and defamatory statements.

## V. Conclusion

For the reasons set forth above, Plaintiff respectfully requests that this Court grant a preliminary injunction against Defendant Muhammad, ordering that the Defendant cease all defamatory conduct and statements related to Plaintiff, including but not limited to public posts, social media content, and further dissemination of defamatory materials. Plaintiff further requests that the Court take such other action as it deems just and appropriate to prevent further harm.

WHEREFORE, Plaintiff, Reginald E. Wood, Jr., respectfully requests that this Court:

1. Grant a preliminary injunction against Defendant Muhammad, requiring him to cease and desist from making defamatory statements regarding Plaintiff.
2. Order Defendant Muhammad to remove any existing defamatory content related to Plaintiff from all public platforms, including but not limited to social media.
3. Grant such other and further relief as the Court deems just and proper.

## VI. Prayer for Relief

WHEREFORE, Plaintiff requests that the Court:

1. Grant a temporary restraining order and preliminary injunction against Defendants.
2. Award any further relief that the Court deems just and appropriate.

Dated November 20, 2024

Respectfully Submitted,

Plaintiff Reginald E. Wood, Jr. (pro se)

PO Box 1781

Ruskin, FL 33575

rwood3369@gmail.com

reggie@reggiewood.com


Local Rule 3.01(g) Certification


The plaintiff has conferred with the defendant via email, which shows that the

defendant has not consented to the relief requested in this motion.


**Certificate of Service**


I hereby certify that on November 18, 2024, the foregoing was filed with the

Clerk of the Court. I further certify that a copy of the foregoing was served

by email, pursuant to an agreement under Fed. R. Civ. P. 5(b)(2)(E), on:


Charles D. Tobin (Florida Bar No. 816345)

11

Matthew S.L. Cate

BALLARD SPAHR LLP

1909 K Street, NW, 12th Floor

Washington, DC 20006

Tel: (202) 661-2200

Fax: (202) 661-2299

tobinc@ballardspahr.com

catem@ballardspahr.com

Lynn B. Oberlander

BALLARD SPAHR LLP

1675 Broadway, 19th Floor

New York, New York 10019-5820

Telephone: (212) 223-0200

Fax: (212) 223-1942

/s/ Gregory W. Herbert

Gregory W. Herbert

Florida Bar No. 0111510

GREENBERG TRAURIG, P.A.

450 S. Orange Ave, Suite 650

Orlando, FL 32801

Tel: (407)418-2431

herbertg@gtlaw.com