UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINALD E. WOOD, JR. ,

    Plaintiff,

v.                                                                                           Case No: 8:22-cv-2431-CEH-AAS

NETFLIX, INC., ARK MEDIA PRODUCTIONS LLC, ABDUR RAHMAN MUHAMMAD, KELLY WOOD, RACHEL DRETZIN and PHIL BERTELSON,

    Defendants.

## ORDER

    This defamation action is before the Court on review of the file. On March 26, 2025, the Court issued an order granting three Motions to Dismiss in this matter. *See* Doc. 147. The claims against Defendants Netflix, Inc. and Abdur Rahman Muhammad were dismissed without prejudice for lack of personal jurisdiction, and the claims against Ark Media Productions LLC, Rachel Dretzin, and Phil Bertelson were dismissed with prejudice. *Id.* at 59–60.

    That left one Defendant, Kelly Wood, who was served with the complaint but did not appear or file a responsive pleading. *Id.* The Court issued an order to show cause why this action should not be dismissed as against Kelly Wood for Plaintiff's failure to timely act under Local Rule 1.10 and move for a clerk's default. *Id.* Plaintiff was given fourteen days to respond to the order to show cause and warned that failure

to timely respond could result in the dismissal of his claims against Kelly Wood. *Id.* at 60. Because Plaintiff has failed to timely respond or seek an extension of time, his claims against Kelly Wood are due to be dismissed without prejudice, and this action will be closed.

  A district court may dismiss a plaintiff's claims pursuant to Rule 41(b) or the court's inherent authority to manage its docket. *Betty K Agencies, Ltd. v. M/V MONADA,* 432 F.3d 1333, 1337 (11th Cir. 2005). Under Rule 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). The Eleventh Circuit has recognized that a district court may dismiss an action sua sponte for the plaintiff's failure to prosecute her case or obey a court order under Rule 41(b). *Betty K Agencies, Ltd.,* 432 F.3d at 1337. The Court directed Plaintiff to file a written response indicating why the case should not be dismissed for lack of prosecution within fourteen days. Plaintiff has failed to comply with the Court's order or seek an extension of time. The claims against Kelly Wood will be dismissed, and as there are no remaining claims against any Defendant, this case will be closed.

  Accordingly, it is **ORDERED**:

  1. Plaintiff's claims against Defendant Kelly Wood are **DISMISSED** without prejudice.

  2. The Clerk is directed to terminate all pending motions and deadlines and to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 14, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties